# ELECTRONIC RECORD

**1397-14**
**1398-14**

COA # 02-12-00405-CR     OFFENSE: 2

STYLE: William Adrian Roberts v. The State of Texas    COUNTY: Tarrant

COA DISPOSITION: AFFIRMED    TRIAL COURT: Criminal District Court No. 4

DATE: 09/18/14    Publish: YES   TC CASE #: 1215147D

## IN THE COURT OF CRIMINAL APPEALS

**1397-14**
**1398-14**

STYLE: William Adrian Roberts v. The State of Texas    CCA #:

_____APPELLANT'S_____ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

_____refused_____    JUDGE: _____

DATE: _Mar 4, 2015_    SIGNED: _____    PC: _____

JUDGE: _PC_    PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**